FILED BY [signature] D.C.
05 AUG 16 PM 12:54
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| ERNEST W. HOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 05-1029-T-An |
| | ) | |
| WEAKLEY COUNTY DETENTION CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

ORDER

---

Plaintiff, a prisoner acting *pro se*, filed this action, alleging that Defendants violated his constitutional rights under the Eighth Amendment by demonstrating deliberate indifference to his serious medical needs while he was incarcerated at the Weakley County Detention Center. On July 13, 2005, the court granted the motion for summary judgment of Defendants Weakley County Detention Center, Jail Administrator Jim Phelps, and Jailer Chuck Stegall. In that order, the court noted that Plaintiff has not served the remaining defendant, Jeff Vinson, with process. Plaintiff was ordered to show cause why the action as to Defendant Vinson should not be dismissed for failure to comply with Fed. R. Civ. P. 4. Plaintiff was warned that failure to respond to the order would result in the dismissal of the action as to Defendant Vinson pursuant to Fed. R. Civ. P. 41.

Plaintiff has not responded to the order to show cause. Consequently, Defendant

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8-17-05



Vinson is hereby DISMISSED as a defendant. Because all claims against all defendants have now been resolved, the clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

16 August 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01029 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Ernest E. Hogan
1480 Jewell Store Rd.
Dresden, TN 38225

Pam Belew
CIRCUIT COURT CLERK
Weakley County Courthouse
P.O. Box 28
Dresden, TN 38225

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT