UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

ERNEST W. HOGAN,

    Plaintiff,

VS.                                       NO. 1:05-CV-1029-T

WEAKLEY COUNTY DETENTION
CENTER, ET AL,

    Defendant(s).


[X] DECISION BY THE COURT. This action came to consideration before the Court; the issues having been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the Order entered in the above styled matter on August 16, 2005, this action is hereby DISMISSED; if is further CERTIFIED that any appeal by plaintiff is not taken in good faith.

APPROVED:

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


                                      THOMAS M. GOULD, CLERK

                                      BY: *C. Heid*
                                          DEPUTY CLERK

This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on 08-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CV-01029 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

Ernest E. Hogan
1480 Jewell Store Rd.
Dresden, TN 38225

Pam Belew
CIRCUIT COURT CLERK
Weakley County Courthouse
P.O. Box 28
Dresden, TN 38225

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT